# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

February 2, 2022

| No. 22-1166 | MICAH UETRICHT and JOHN KADERBEK, Plaintiffs - Appellants<br><br>v.<br><br>CHICAGO PARKING METERS, LLC, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No. 1:21-cv-03364<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly<br>Clerk/Agency Rep Thomas G. Bruton<br><br>Case filed: 02/02/2022<br>Case type: cv/pri<br>Fee status: Paid<br>Date of Judgment: 01/24/2022<br>Date NOA filed: 02/01/2022 ||

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 22-1166 | John Kaderbek | Docketing statement due | 02/08/2022 |
| 22-1166 | Micah Uetricht | Docketing statement due | 02/08/2022 |
| 22-1166 | John Kaderbek | Transcript information sheet | 02/16/2022 |
| 22-1166 | Micah Uetricht | Transcript information sheet | 02/16/2022 |

| 22-1166 | John Kaderbek | Appellant's brief | 03/14/2022 |
| --- | --- | --- | --- |
| 22-1166 | Micah Uetricht | Appellant's brief | 03/14/2022 |

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice**    (form ID: **108**)