# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

February 2, 2022

**To:**  Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-1166
>
> Caption:
> MICAH UETRICHT and JOHN KADERBEK,
> Plaintiffs - Appellants
>
> v.
>
> CHICAGO PARKING METERS, LLC,
> Defendant - Appellee
>
> District Court No: 1:21-cv-03364
> District Judge Matthew F. Kennelly
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 02/01/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)