No. 22-1166

_____

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**
_____

| | | |
|---|---|---|
| Micah Uetricht and John Kaderbek, | ) | Appeal from the United States |
|  | ) | District Court for the Northern |
| Plaintiffs, | ) | District of Illinois |
|  | ) | Case No. 1:21-cv-03364 |
| v. | ) |  |
|  | ) | The Honorable |
|  | ) | Matthew F. Kennelly |
| Chicago Parking Meters, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

_____

**DOCKETING STATEMENT**

Pursuant to Circuit Rules 3(c)(1) and 28(a), Plaintiffs-Appellants Micah Uetricht and John Kaderbek, by and through their attorneys, submit their docketing statement as follows:

1. **District Court's Jurisdiction**

The District Court's jurisdiction stems from the existence of a federal question, 28 U.S.C. § 1331. Plaintiffs-Appellants assert claims based on the Sherman Antitrust Act, 15 U.S.C. §§ 1-2. Plaintiff-Appellants further assert state law claims, over which the District Court had supplemental jurisdiction, 28 U.S.C § 1367.

2. **Appellate Jurisdiction**

1

This Court has jurisdiction of this appeal under 28 U.S.C. 1291, as this is an appeal of a grant of Defendant-Appellee's motion to dismiss. The District Court entered its order granting the motion to dismiss on January 24, 2022 (Dkt. 31) and entered judgment the same day (Dkt. 32). Plaintiffs-Appellants filed their Notice of Appeal on February 1 (Dkt. 33).

### 3. Prior or Related Proceedings

There are no prior or related appellate proceedings.

Respectfully submitted,

Dated: February 24, 2022        /s/ Thomas H. Geoghegan
Thomas H. Geoghegan

One of Plaintiff's Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Will W. Bloom
admin@dsgchicago.com
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served through the Court's CM/ECF system on February 24, 2022. Parties of record may obtain a copy through the Court's ECF system.

Respectfully submitted,

/s/ Thomas H. Geoghegan
Thomas H. Geoghegan