No. 22-1166

_____

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**
_____

| | | |
|---|---|---|
| Micah Uetricht and John Kaderbek, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiffs, | ) | District of Illinois |
| | ) | Case No. 1:21-cv-03364 |
| v. | ) | |
| | ) | The Honorable |
| | ) | Matthew F. Kennelly |
| Chicago Parking Meters, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE PLAINTIFFS-APPELLANTS' OPENING BRIEF**

Plaintiffs-Appellants Micah Uetricht and John Kaderbek, by and through their attorneys, submit the following motion for extension of time of 28 days to file their opening brief. In support of this motion, Plaintiffs-Appellants state the following:

1. Plaintiffs-Appellants' opening brief is currently due March 14, 2022.

2. Plaintiffs-Appellants' lead counsel expects to be in unrelated litigation on behalf of two union officer clients facing a serious emergency, namely, their summary removal from elected office and a trusteeship of the labor organization that they formerly led. The case to their removal and the

1

trusteeship is already on file: *Scott-Anderman, et al., v. Martinez, et al.*, 1:21-cv-2625-RBW, pending in the U.S. District Court for the District of Columbia. Plaintiffs-Appellants' counsel will be entering an appearance shortly and will be the lead counsel in preparing pleadings and other materials for a preliminary and permanent injunctive relief. While Plaintiffs-Appellants' counsel is currently active in other cases, it is the special emergency nature of the trusteeship litigation described above that is the principal reason for the requested extension of time.

3. Plaintiffs-Appellants do not believe this extension will prejudice Defendant-Appellee or this Court. This is the first extension that Plaintiffs-Appellants have sought, and such extension is not for purpose of delay.

4. Plaintiffs-Appellants have discussed the matter with counsel representing Defendant-Appellee Chicago Parking Meters, LLC, and they do not object to the proposed extension of time. Pursuant to the Rules of this Circuit, the Declaration of Thomas H. Geoghegan is attached.

For the foregoing reasons, Plaintiffs-Appellants respectfully move that this Court extend by 28 days the date for the filing of their opening brief and for such brief to be due on April 11, 2022.

Respectfully submitted,

Dated: March 2, 2022

/s/ Thomas H. Geoghegan
Thomas H. Geoghegan

        One of Plaintiff's Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Will W. Bloom
admin@dsgchicago.com
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served through the Court's CM/ECF system on March 2, 2022. Parties of record may obtain a copy through the Court's ECF system.

    Respectfully submitted,

    /s/ Thomas H. Geoghegan
    Thomas H. Geoghegan