No. 22-1166
_____

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
_____

| | | |
|---|---|---|
| Micah Uetricht and John Kaderbek, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiffs, | ) | District of Illinois |
| | ) | Case No. 1:21-cv-03364 |
| v. | ) | |
| | ) | The Honorable |
| | ) | Matthew F. Kennelly |
| Chicago Parking Meters, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## DECLARATION OF THOMAS H. GEOGHEGAN

Thomas H. Geoghegan states as following:

1. The undersigned counsel is the attorney principally responsible for the pending appeal of this case. I was principally responsible for preparing and filing the briefing for Plaintiffs-Appellants in the trial court below.

2. As set forth in the motion, I also represent two union officer clients who face a serious emergency—namely, their summary removal from elected office, the cancellation of officer elections, and the trusteeship of the labor organization which until recently these officers led. I anticipate shortly filing an appearance in *Scott-Anderman, et al., v. Martinez, et al.*, 1:21-cv-2625-RBW, already now pending in the U.S. District Court for the District

1

of Columbia, which challenges both the trusteeship and the removal of my clients from elected office. I am already preparing pleadings and related materials for preliminary and permanent injunctive relief.

3. As principal counsel in this case, I believe the instant appeal challenging an illegal private monopoly of the parking meter system in the City of Chicago is important to the Plaintiffs-Appellants and other citizens of Chicago. I intend to litigate this case as diligently as I possibly can and seek this extension only because of the emergency nature of the matter described above.

4. While I have other pending matters in which I am counsel of record, it is only the emergency nature of this litigation described above for my union officer clients and the extensive work it will involve under tight time constraints that has prompted this request for an extension of time of 28 days.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

/s/ Thomas H. Geoghegan<br>Thomas H. Geoghegan

Executed on this date: March 2, 2022