**CURRENT COVID-19 COURTROOM PROCEDURES**

1. <u>Self-Certification Regarding COVID-19:</u> By entering the courtroom or any of the court's offices, rooms, or facilities in the Dirksen Courthouse, a person certifies that he or she:

- Has not tested positive for COVID-19 within the previous 10 days;
- If unvaccinated, has not within the previous 5 days had known close contact with a person who has COVID-19; and
- Has not within the previous 10 days experienced symptoms consistent with COVID-19, including a temperature of more than 100.4 degrees Fahrenheit, cough, sore throat, shortness of breath, difficulty breathing, chills, muscle or body aches, nausea or vomiting, or new loss of taste or smell.

<u>Attorneys appearing for in-person oral argument:</u> As part of the check-in process in the Clerk's Office, attorneys appearing for in-person argument must sign a statement attesting that they have read and understood this self-certification requirement.

2. <u>Masking:</u> A face mask is required in the court's public corridors, the Clerk's Office front desk, the lawyers' lounge, and in the public seating area in the courtroom. Lawyers appearing for oral argument may remove their masks while at counsel table and the podium so long as they have not had close contact in the past 5 days with a person who has COVID-19. Masking is optional in the court's nonpublic offices, rooms, and corridors, except that persons who have had close contact in the past 5 days with a person who has COVID-19 should follow current masking guidance from the Centers for Disease Control and Prevention.

7/2022 CGC