**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 22-1166

Short Caption: Uetricht, et al. v. Chicago Parking Meters, LLC

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Chicago Parking Meters, LLC

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Winston & Strawn LLP

(3) If the party, amicus or intervenor is a corporation:

   i) Identify all its parent corporations, if any; and
See attached Exhibit A

   ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
See attached Exhibit A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
Not applicable

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
Not applicable

---

Attorney's Signature: /s/ Linda T. Coberly     Date: 08/24/2022

Attorney's Printed Name: Linda T. Coberly

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes ☐    No ✓

Address: 35 W. Wacker Drive
Chicago, IL 60601

Phone Number: (312) 558-5600     Fax Number: (312) 558-5700

E-Mail Address: LCoberly@winston.com

rev. 12/19 AK

# EXHIBIT A

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, the following disclosures are made on behalf of Chicago Parking Meters, LLC ("CPM") by counsel:

CPM is a limited liability company whose members include a corporation that is indirectly owned in part by Allianz SE, a publicly traded company, and limited partnerships that are indirectly owned by Morgan Stanley, a publicly traded company.

Allianz SE has no parent corporation, and, based on publicly available SEC filings, no publicly held corporation owns greater than 10% of its common stock.

Morgan Stanley has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, the following entity owns greater than 10% of its common stock: Mitsubishi UFJ Financial Group, Inc.

☐
# CERTIFICATE OF SERVICE
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on __August 24, 2022__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/__Linda T. Coberly__

☐
# CERTIFICATE OF SERVICE
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/_____