# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 8, 2023

*Before*

DIANE P. WOOD, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 22-1166

| | |
|---|---|
| MICAH UETRICHT and JOHN KADERBEK, *Plaintiffs-Appellants*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | |
| CHICAGO PARKING METERS, LLC, *Defendant-Appellee.* | No. 21 C 3364<br><br>Matthew F. Kennelly, *Judge.* |

**O R D E R**

Plaintiffs-appellants filed a petition for rehearing and rehearing *en banc* on April 21, 2023. No judge[1] in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing *en banc* is therefore **DENIED**.

---

[1] Judge Ilana Diamond Rovner and Judge Thomas L. Kirsch II did not participate in the consideration of this matter.