# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 16, 2023

To:  Thomas G. Bruton
    UNITED STATES DISTRICT COURT
    Northern District of Illinois
    Chicago, IL 60604-0000

| | |
|---|---|
| No. 22-1166 | MICAH UETRICHT and JOHN KADERBEK, <br> Plaintiffs - Appellants <br><br> v. <br><br> CHICAGO PARKING METERS, LLC, <br> Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-03364 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:          No record to be returned

form name: **c7_Mandate**    (form ID: **135**)