# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 9, 2023

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re:  Micah Uetricht, et al.
     v. Chicago Parking Meters, LLC
     Application No. 23A108
     (Your No. 22-1166)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Barrett, who on August 9, 2023, extended the time to and including October 4, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Thomas H. Geoghegan
Despres, Schwartz & Geoghegan, Ltd.
77 W. Washington St.
Suite 711
Chicago, IL  60602


Ms. Linda T. Coberly
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601


Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604