# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**FINAL JUDGMENT**

April 7, 2023

Before
DIANE P. WOOD, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 22-1166 | MICAH UETRICHT and JOHN KADERBEK, Plaintiffs - Appellants<br><br>v.<br><br>CHICAGO PARKING METERS, LLC, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:21-cv-03364<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)