# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

May 8, 2023

**Before**

DIANE P. WOOD, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 22-1166 | |
| MICAH UETRICHT and JOHN KADERBEK,<br>  *Plaintiffs-Appellants*,<br>  v.<br>CHICAGO PARKING METERS, LLC,<br>  *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 21 C 3364<br><br>Matthew F. Kennelly,<br>*Judge*. |

**O R D E R**

Plaintiffs-appellants filed a petition for rehearing and rehearing *en banc* on April 21, 2023. No judge[1] in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing *en banc* is therefore **DENIED**.

---

[1] Judge Ilana Diamond Rovner and Judge Thomas L. Kirsch II did not participate in the consideration of this matter.