# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 16, 2023

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| No. 22-1166 | MICAH UETRICHT and JOHN KADERBEK,<br>Plaintiffs - Appellants<br><br>v.<br><br>CHICAGO PARKING METERS, LLC,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-03364<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:　　　　　　　　　　　No record to be returned

form name: **c7_Mandate**　　(form ID: **135**)